1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF CALIFORNIA

7

| | |
|---|---|
| 8  RALPH TERAN, | 1:25-cv-01509-SAB (PC) |
| 9              Plaintiff, | |
| 10        v. | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| 11  LOPEZ, et al., | |
| 12             Defendant. | |

13

14          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

15  § 1983.  Plaintiff has not paid the $405.00 filing fee, or submitted an application to proceed in

16  forma pauperis pursuant to 28 U.S.C. § 1915.

17          Accordingly, IT IS HEREBY ORDERED that:

18          Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

19  attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

20  the $405.00 filing fee for this action.  **No requests for extension will be granted without a**

21  **showing of good cause.  Failure to comply with this order will result in dismissal of this**

22  **action.**

23

    IT IS SO ORDERED.

24

    Dated:   **November 10, 2025**

25                                                          _____

26                                                          STANLEY A. BOONE

                                                            United States Magistrate Judge

27

28

                                                 1