UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH TERAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOPEZ, et al.,<br><br>　　　　　Defendants. | No. 1:25-cv-01509-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 5) |

Plaintiff is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 10, 2025, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the $405.00 filing fee for this action within 45 days. (ECF No. 3.)

Currently before the Court is Plaintiff's request for judicial notice, filed on December 4, 2025, which the Court construes as a request for an extension of time. Therein, Plaintiff states that he has submitted his application to the inmate account department for signature, but the application was destroyed because the rules/regulation have changed. Inasmuch as Plaintiff requests an extension of time to submit his application to proceed in forma pauperis, it is HEREBY ORDERED that Plaintiff is granted **thirty (30)** days from the date of service of this order to file his application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   **December 5, 2025**

　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　United States Magistrate Judge

1