UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH TERAN,

                Plaintiff,

      v.

LOPEZ, et al.,

                Defendants.

No. 1:25-cv-01509-SAB (PC)

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED

(ECF No. 6)

Plaintiff is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 10, 2025, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the $405.00 filing fee within forty-five days. (ECF No. 3.) Plaintiff received a thirty-day extension of time on December 5, 2025. (ECF No. 6.) However, Plaintiff has not filed an application to proceed in forma pauperis or paid the $405.00 filing fee and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **January 14, 2026**                                  

STANLEY A. BOONE
United States Magistrate Judge

1