UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH TERAN,

          Plaintiff,

   v.

LOPEZ, et al.,

          Defendants.

No.  1:25-cv-01509-SAB (PC)

ORDER DISCHARGING ORDER TO SHOW CAUSE

(ECF No. 7)

Plaintiff is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 10, 2025, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the $405.00 filing fee within forty-five days.  (ECF No. 3.)  Despite receiving an extension of time, Plaintiff failed to submit an application to proceed in forma pauperis or pay the filing fee.  Therefore, on January 14, 2026, the Court ordered Plaintiff to show cause why the action should not be dismissed.  (ECF No. 7.)

Inasmuch as Plaintiff filed a response to order to show cause and a separate application to proceed in forma pauperis on January 30, 2026, it is HEREBY ORDERED that the order to show cause issued on January 14, 2026, (ECF No. 7), is DISCHARGED.

IT IS SO ORDERED.

Dated:  __**February 2, 2026**__                                   

STANLEY A. BOONE
United States Magistrate Judge

1