UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH TERAN,

          Plaintiff,

    v.

LOPEZ, et al.,

          Defendants.

No.  1:25-cv-01509-SAB (PC)

ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION

FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS

(ECF No. 13

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 28, 2026, the Court screened Plaintiff's complaint and found that Plaintiff stated a cognizable retaliation claim against Defendants Lopez, Andaverde, Siffer, and Alvarez.  (ECF No. 12.)  No other claims were found to be cognizable, and Plaintiff was granted thirty days to either file an amended complaint or notify the Court of his intent to proceed only on the retaliation claim.  (Id.)

On May 19, 2026, Plaintiff filed a notice of intent to proceed only on the retaliation claim.[1]  (ECF No. 8.)

---

[1] Plaintiff also objections to the finding that he failed to state a cognizable supervisory liability against Defendant Corporal Alvarez.  (Id.)  However, the Court did find that Plaintiff's complaint stated a cognizable retaliation claim against Alvarez, and supervisory liability is a theory of individual liability and not an independent claim for relief. See Starr v. Baca, 652 F.3d 1202, 1208 (9th Cir. 2011) ("A supervisor can be liable in his individual capacity for his

1

Based on the Plaintiff's notice, it is HEREBY ORDERED that the Clerk of the Court shall assign a District Judge to this action.

Further, it is HEREBY RECOMMENDED that:

1.      This action proceed only on Plaintiff's retaliation claim against Defendants Lopez, Andaverde, Siffer, and Alvarez; and

2.      All other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court, limited to 15 pages, including exhibits.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **May 20, 2026**      _____

STANLEY A. BOONE
United States Magistrate Judge

---

own culpable action or inaction in the training, supervision, or control of his subordinates; for his acquiescence in the constitutional deprivation; or for conduct that showed a reckless or callous indifference to the rights of others."). Accordingly, there is no merit to Plaintiff's objection.

2