UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH TERAN, | No. 1:25-cv-01509-KES-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING ACTION PROCEED ON RETALIATION CLAIM |
| v. | |
| LOPEZ, et al., | |
| Defendants. | Doc. 15 |

Ralph Teran asserts that he suffered violations of his civil rights while in custody at Madera County Jail. *See generally* Doc. 1. The magistrate judge screened the complaint and found that Plaintiff stated a cognizable retaliation claim against Defendants Lopez, Andaverde, Siffer, and Alvarez. Doc. 12. The magistrate judge found Plaintiff's other claims were not cognizable and granted 30 days for Plaintiff to file an amended complaint or notify the Court of his intent to proceed only on the retaliation claim. *Id*. Plaintiff notified the Court that he wished to proceed on the cognizable retaliation claim. Doc. 13. While plaintiff also stated that he opposed the dismissal of his remaining claims, he did not many any specific argument regarding such opposition. *Id.*

On May 20, 2026, the magistrate judge issued findings and recommendations, recommending the action proceed only on Plaintiff's retaliation claim against Defendants Lopez, Andaverde, Siffer, and Alvarez. Doc. 15. The Court served these findings and recommendations

1

on Plaintiff with a notice that any objections were due within 14 days. *Id.* at 2. Plaintiff did not file objections, and the time in which to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court reviewed the case de novo. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued May 20, 2026 (Doc. 15) are ADOPTED in full.

2. This action SHALL proceed only on Plaintiff's retaliation claim against Defendants Lopez, Andaverde, Siffer, and Alvarez.

3. All other claims and defendants are DISMISSED from the action.

4. This matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    June 25, 2026

_____
UNITED STATES DISTRICT JUDGE

2