# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH TERAN,

Plaintiff,

v.

LOPEZ, et al.,

Defendants.

Case No. 1:25-cv-01509-KES-SAB

ORDER DIRECTING PLAINTIFF TO INFORM COURT WHETHER ENTRY OF DEFAULT SHOULD BE IMPOSED ON DEFENDANTS

(ECF Nos. 20, 21)

Plaintiff Ralph Teran is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action proceeds against Defendants Lopez, Alvarez, Andaverde, and Siffer, and service of process was ordered upon each Defendant. (ECF No. 19.) Defendants were provided with the service order, summonses, and operative complaint. (Id.) On July 31, 2026, Defendant Lopez filed a waiver of service of process. (ECF No. 20.) On August 3, 2026, Defendants Alvarez, Andaverde, and Siffer executed waivers of service of process. (ECF No. 21.) As reflected on the waiver of service process forms, it was acknowledged that judgment may be entered if an answer or motion under Rule 12 was not filed within 60 days after July 23, 2026, *i.e.*, September 21, 2026. (ECF Nos, 20, 21.) To date, Defendants have not filed a response to the complaint or otherwise communicated with the Court. On this record, it appears that entry of default is appropriate.

/ / /

Accordingly, it is HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Plaintiff shall inform the Court whether entry of default should be imposed against Defendants.

IT IS SO ORDERED.

Dated: **October 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge